1 BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
2    *mblecher@blechercollins.com*
Donald R. Pepperman (State Bar No. 109809)
3    *dpepperman@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
4    *jelkayam@blechercollins.com*
Jordan L. Ludwig (State Bar No. 277952)
5    *jludwig@blechercollins.com*
515 South Figueroa Street, Suite 1750
6 Los Angeles, California  90071-3334
Telephone: (213) 622-4222
7 Facsimile: (213) 622-1656

8 Attorneys for Plaintiff

9 ORRICK HERRINGTON & SUTCLIFFE LLP
William A. Molinski (State Bar No. 145186)
10    *wmolinski@orrick.com*
Melanie D. Phillips (State Bar No. 245584)
11    *mphillips@orrick.com*
777 South Figueroa Street, Suite 3200
12 Los Angeles, CA  90017
Telephone:  (213) 629-2020
13 Facsimile:  (213) 612-2499

14 [Additional counsel on signature block]

15 Attorneys for Defendants

16                     UNITED STATES DISTRICT COURT

17                     CENTRAL DISTRICT OF CALIFORNIA

18                             WESTERN DIVISION

19

20 AQUASTAR POOL PRODUCTS,      )   Case No. CV11-06586 CBM (PJWx)
INC., a California corporation,  )
21                               )   **STIPULATION TO VOLUNTARILY**
                Plaintiff,       )   **DISMISS ACTION WITH**
22                               )   **PREJUDICE**
        vs.                      )
23                               )   [Fed. R. Civ. P. 41(a)]
HAYWARD INDUSTRIES, INC., a      )
24 New Jersey corporation; HAYWARD )  [Honorable Conseulo B. Marshall]
POOL PRODUCTS, INC.,             )
25                               )
                Defendants.      )
26 _____ )

27

28

BLECHER & COLLINS
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1    Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by

2  and among the parties hereto, through their respective counsel of record, that the

3  entire action, and each and every claim alleged therein, is hereby voluntarily

4  dismissed with prejudice.  Each party to bear its own fees and costs.

5

6

7  Dated:   June 22, 2012                    BLECHER & COLLINS, P.C.
                                             MAXWELL M. BLECHER
8                                            DONALD R. PEPPERMAN
                                             JENNIFER S. ELKAYAM
9                                            JORDAN L. LUDWIG

10

11                                           By:   /s/ Maxwell M. Blecher
                                                   MAXWELL M. BLECHER
12                                           Attorneys for Plaintiff
                                             AquaStar Pool Products, Inc.
13

14  Dated:   June 22, 2012                   ORRICK, HERRINGTON &
                                             SUTCLIFFE LLP
15                                           STEPHEN V. BOMSE
                                             HOWARD M. ULLMAN
16                                           WILLIAM A. MOLINSKI
                                             MELANIE D. PHILLIPS
17
                                             MCCARTER & ENGLISH, LLP
18                                           THOMAS J. GOODWIN
                                             RICHARD HERNANDEZ
19

20

21                                           By:   /s/ Stephen V. Bomse
                                                   STEPHEN V. BOMSE
22                                           Attorneys for Defendants
                                             Hayward Industries, Inc. and
23                                           Hayward Pool Products, Inc.

#50829
24

25

26

27

28

1