BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
Donald R. Pepperman (State Bar No. 109809)
  *dpepperman@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
  *jelkayam@blechercollins.com*
Jordan L. Ludwig (State Bar No. 277952)
  *jludwig@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff

ORRICK HERRINGTON & SUTCLIFFE LLP
William A. Molinski (State Bar No. 145186)
  *wmolinski@orrick.com*
Melanie D. Phillips (State Bar No. 245584)
  *mphillips@orrick.com*
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

[Additional counsel on signature block]

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AQUASTAR POOL PRODUCTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAYWARD INDUSTRIES, INC., a New Jersey corporation; HAYWARD POOL PRODUCTS, INC.,<br><br>　　　　　Defendants. | Case No. CV11-06586 CBM (PJWx)<br><br>**ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>[Honorable Conseulo B. Marshall] |

**ORDER**

Pursuant to the Stipulation of the parties, this action is deemed dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: July 12, 2012



Hon. Consuelo B. Marshall
United States District Judge

1